# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3337

_____

United States of America,

*Plaintiff - Appellee,*

v.

Shawn Patrick Sweeney,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: November 30, 2016
Filed: December 8, 2016
[Unpublished]

_____

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Shawn Sweeney directly appeals the sentence the district court[1] imposed upon revoking his supervised release. His revocation sentence is composed of six months

_____

[1] The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.

in prison and thirty-six months of supervised release. On appeal, Sweeney argues that the sentence is unreasonable. In addition, his counsel has moved for leave to withdraw.

Reviewing Sweeney's revocation sentence for an abuse of discretion, *see United States v. Hum*, 766 F.3d 925, 927 (8th Cir. 2014) (per curiam), we conclude that the sentence is not unreasonable, as both the prison term and the supervised-release term are within statutory limitations, and the prison term is within the applicable advisory Guidelines range, *see United States v. Petrekis*, 551 F.3d 822, 824 (8th Cir. 2009). We affirm the judgment, and we grant counsel's motion to withdraw.

_____